**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION at CHATTANOOGA**

IN RE:

PAUL D. RENNER, JR.    )    NO. 10-16213
                       )
     Debtor(s)         )    CHAPTER 7
                       )

### TRUSTEE'S NOTICE OF INTENT TO SELL PROPERTY OF THE ESTATE

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
Pursuant to Local Rule 9013-1(h), the court may consider this matter without further notice or hearing unless a party in interest files an objection. If you object to the Trustee's Notice of Intent to Sell, you must file with the clerk of the court at 31 East 11th Street, Chattanooga, TN 37402, an objection within 21days from the date of this Notice and serve a copy on the Chapter 7 Trustee, Richard P. Jahn, Jr., 1200 Mountain Creek Rd, Ste 160, Chattanooga, TN 37405. If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the Trustee's Notice of Intent to Sell and may grant the relief requested herein without further notice or hearing.

Comes now the Trustee and gives Notice that he intends to sell the following property of the estate, based on the following facts.

**Property to be sold:** Debtor's 37.7 acres of vacant land on Upper River Road NE, Charleston, TN 37310 in Bradley County. This real property is more accurately described and recorded in Deed Book 2056, Page 512 in the Register of Deeds Office in Bradley County. The Parcel ID is 022-21.00.

**Terms and Conditions of Sale:** Property is to be sold in "as is" condition to B&J Properties of Tennessee, LLC of P.O. Box 2534, Cleveland, TN 37320 for the sum of $35,000.00 cash at time of closing.

**Date, Time and Location of Sale:** Closing is to be held at a mutually agreeable title company after an order of sale is entered.

**Known Lienholder:** None other than property taxes.

Dated: April 4, 2013

Respectfully submitted,

**/s/ Richard P. Jahn, Jr.              .**
**Richard P. Jahn, Jr., BPR #01435**
**Chapter 7 Trustee**
**1200 Mountain Creek Road, Ste. 160**
**Chattanooga, TN 37405**
**(423) 870-2125** *phone* **(423) 870-2129** *fax*

*CERTIFICATE OF SERVICE*
The undersigned hereby certifies that a copy of this **NOTICE OF INTENT TO SELL PROPERTY** *was served upon all parties on the attached matrix by placing same in the United States Mail with sufficient postage to carry it to its destination and upon the U.S. Trustee and the Debtor's attorney, Richard Banks, by ECF on this 4th day of April, 2013.*

*/s/ Richard P. Jahn, Jr.*